CORNELIUS A. SULLIVAN, Individually and as a Holder of Prior Lien and Consolidated Mortgage Bonds of ST. LOUIS-SAN FRANCISCO RAILWAY COMPANY, Suing on Behalf of Himself and of All Other Prior Lien and Consolidated Mortgage Bondholders of ST. LOUIS-SAN FRANCISCO RAILWAY COMPANY, Similarly Situated, Appellant, v. ST. LOUIS-SAN FRANCISCO RAILWAY COMPANY and ROBERT O. HAYWARD, Respondents, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.; Finch, P. J., taking no part.

LEO HAILPARN, Respondent, v. UNITED STATES CASUALTY COMPANY, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHARLES L. CRAIG, Appellant, v. FREDERICK J. POWELL and Others, as Copartners, etc., and Another, Defendants. FREDERICK J. POWELL and CLINTON J. RUCH, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

337–339 EAST THIRTIETH STREET CORPORATION, Appellant, v. DETROIT FIDELITY AND SURETY COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

IRWIN ISAACS, Respondent, v. BROOKLYN DAILY EAGLE CORPORATION, Appellant, Impleaded with Others.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements, with leave to defendant, appellant, to serve an amended answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MANX TAXI HOLDING COMPANY, INC., Respondent, Appellant, v. CHECKER CAB MANUFACTURING CORPORATION, Respondent, and COLONIAL DISCOUNT Co., INC., Appellant, Impleaded with Another.— Judgment affirmed, with costs to the plaintiff against the defendant Colonial Discount Co., Inc., and with costs to the defendant Checker Cab Manufacturing Corporation against the plaintiff. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN STANLEY, Defendant, Impleaded with ALOYSIUS R. BITTNER, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOHN M. FREY and CLAIRE M. FREY, Copartners, etc., Appellants, v. BERTRAM UNGER & CO., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

WITEK REALTY CORPORATION, Appellant, v. FANNY RAPP, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FRANK GAY, Respondent, v. ROCK TRUCKING CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, P. J.